No. 91-1649. HAUPTLI ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 91-1651. ATRAQCHI ET UX. *v.* UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 91-1658. BRUMFIELD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91-1670. POPE *v.* MCI TELECOMMUNICATIONS CORP. C. A. 5th Cir. Certiorari denied.

No. 91-1673. CONNORS *v.* HOWARD JOHNSON CO. Sup. Jud. Ct. Mass. Certiorari denied.

No. 91-6358. WHITE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 91-6428. MORAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91-6686. CHAMBERS *v.* BUSTAMANTE ET AL. C. A. 6th Cir. Certiorari denied.

No. 91-6963. ROOSEVELTAUSE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91-6972. DAVIS ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. 10th Cir. Certiorari denied.

No. 91-7048. CRANDALL *v.* LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91-7103. CHAMBERLIN *v.* DEPARTMENT OF CORRECTIONS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91-7122. WILSON *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 91-7131. MAISANO *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 9th Cir. Certiorari denied.